**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10
11 IRMA RAMIREZ,                 No. C-11-01373-DMR

12         Plaintiff(s),           **ORDER GRANTING STIPULATION TO**
                                     **EXTEND TIME FOR DEFENDANT**
13      v.                          **TAQUERIAS EL FAROLITO, INC., TO**
                                     **RESPOND TO PLAINTIFFS'**
14 TAQUERIAS EL FAROLITO INC,      **COMPLAINT**

15         Defendant(s).
16 _____/

17      The court hereby ORDERS that Defendant Taquerias El Farolito, Inc. shall file its response
18 to Plaintiffs' complaint no later than October 17, 2011.
19
20      IT IS SO ORDERED.
21
22 Dated:  September 20, 2011
23                                 _____
24                                  DONNA M. RYU
                                   United States Magistrate Judge

IT IS SO ORDERED

Judge Donna M. Ryu

25
26
27
28