UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, | No. C-11-01373-DMR |
|     Plaintiff(s), | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |
|   v. | |
| TAQUERIAS EL FAROLITO INC, | |
|     Defendant(s). | |

The court hereby ORDERS that Defendant shall submit an answer or other response to Plaintiff's complaint by November 25, 2011. Moreover, if the parties have not reached a settlement by February 21, 2012, Plaintiff shall file a Notice for Need of Mediation with the court by that date.

IT IS SO ORDERED.

Dated: October 24, 2011

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]

_____
DONNA M. RYU
United States Magistrate Judge